FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 10 2016

James N. Hatten, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA

vs

**ORDER OF DETENTION PENDING TRIAL**

MARKELL WHITE,
*Defendant*

Case No.: 1:16-CR-145 -10

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f) a detention hearing has been held.

**Part I - Findings of Fact**

A.  **Rebuttable Presumption Cases**

X       (1) This is a **rebuttable presumption case** because there is probable cause to believe that the defendant has committed an offense under 18 U.S.C., § 3142(e)(3), that is, an offense, for which a maximum term of imprisonment of ten years or more is prescribed in 21 USC § 841; **and**

X       (2) Defendant has **not rebutted** the presumption that no condition or combination of conditions will reasonably assure the safety of another person or the community as required.

B.  **Non-Rebuttable Presumption Cases**

(1) This is **not a rebuttable presumption case**; however, the case is eligible for a detention hearing under 18 U.S.C. § 3142(f)(1); and

(2) There is a serious risk that

(a)   The defendant will not appear, and/ or
(b)   The defendant will endanger the safety of another person or the community.

**Part II - Written Statement of Reasons for Detention**
I find that the information submitted at the hearing establishes:

X by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community

My reasons are:  defendant is indicted for violations of 18 USC §§ 1962(d) & 1963(d), involving the Gangster Disciples, in which defendant is alleged to be a supervisor and, allegedly, who was engaged in drug trafficking on behalf of the enterprise (See Count 1, ¶¶ 53, 67), who attempted to obstruct justice (See Count 1, ¶ 52), and who conducted other illegal activities on behalf of the gang (See Count 1, ¶¶ 56-57), including committing arson and insurance fraud (See Count 1, ¶ 88); defendant is subject to enhanced sentencing for allegedly being in the RICO conspiracy while aware that members were engaged in acts involving murder and drug dealing (See Count 1, ¶¶ 136-137); defendant's criminal history includes convictions for simple battery, aggravated assault, theft by taking, theft by receiving stolen property, and criminal trespass, as well as several violations of conditions of probation indicating that, if released on bond, defendant would not abide by the conditions of release; and defendant also has a pending warrant out of Walton County for failure to appear on a theft by taking charge.

**Part III - Directions Regarding Detention**
The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: May 10, 2016

JANET F. KING, UNITED STATES MAGISTRATE JUDGE